Ground 2 or Ground _____ (if applicable): Original Case No. SF99-033(b) Petition No. SF99-041 Amended Case No. F99-070(c)

MC-275

Ineffective assistance of counsel, 6th amendment & 14th amendments and Question of Law.

Can a attorney file a plea agreement to a felony complaint before that complaint is filed, and defendant arraigned upon those charges.

a. Supporting facts:

On the morning of April 12, before court convened for the day my counsel came to see me while I was in a holding cell in the old county Jail, with an alleged plea agreement to case no SF99-033(b) That also carried the allegation of three strikes due to the fact that I agreed to testify against co-defendant on another charge. I was to recieve 3 years doubled to six years with a five year prior pursuant to Cal PC 1170.(c), & 667(a)(1) for the single prior from 1992, obtained pursuant to a negotiated consolidated plea agreement to three counts of First° Burglary.

Counsel had me FIRST initial and date Then sign a blank plea form, stating that he was in a hurry to see other clients before court, and that he would fill in the body of the agreement before court as well. Unknown to me he instead filled out the plea form to reflect a No-Contest plea to F99-070(c), and to recieve a 25 year to life sentence plus a Five year prior, for a total of thirty years to life. When case was called, prosecutor filed the amended felony complaint F99-070(c), with counsel stating no objection then at the question of the court waived both the reading and arraignment on the complaint.

Continued on attached page

b. Supporting cases, rules, or other authority:

Cal. Crim Law Practice & Procedure section 18.15

Strickland v. Washington

Davis v. Woodford, 446 F.3d 957 (C.A.9 (Cal.) 2006)

FILED APR 17 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

MC-275 [Rev. January 1, 2007]    PETITION FOR WRIT OF HABEAS CORPUS

CV 08 2002 TEH (PR) E-filing

California Penal Code Section 667(a)(1), which was in effect at the time of Petitioner's 1992 conviction, provides that a person being sentenced "for certain serious felonies recieved a five year sentence enhancement" "for each such prior conviction (of certain serious felonies) on charges brought and tried seperatly (emphasis added)" "Brought and tried seperatly," means that "the underlying proceedings must have been formally distinct, from filing to adjudication of guilt." In re Harris, 49 Cal.3d 131, 260 Cal Rptr. 288, 775 P.2d 1057, 1060 (1989) Seperate charging documents are required, but guilty pleas and sentences do not have to be entered and imposed in seperate proceedings. People vs Wagner, 21 Cal App 4th 729, 26 Cal Rptr 2d 383, 388 (3d Dist. Ct. App. 1994) People v Gonzales, 220 Cal App 3d 134, 269 Cal Rptr. 221, 224-25 (6th Dist Ct App. 1990) People v Thomas, 219 Cal App 3d 134, 267 Cal Rptr. 908, 915-16 4th Dist Ct. App. 1990).

The prior proceedings were not brought and tried seperatly but consolidated into one case no 46177 of June 19, 1992, in that proceeding Petitioner entered one plea of guilty to three counts that were consolidated into one case No. not seperate cases as mandated by law, Petitioner recieved six years on count one with six years on counts two & three to run concurrent with count one. Petitioner was told by prosecution and the court that he would have one prior conviction on his record for which he could recieve an additional five years on any future sentence imposed by the court in the future also mentioned that in conjunction with sentence Petitioner was then serving in the State of Idaho, Petitioner would be doing a total of eleven years.

Note: Petitioner has filed an Cal P.C. Section 1237.5 with the court a written statement and affedavit with the court under perjury going to the legality of said plea agreement, proceedings.

With no response yet from the appellate or Nevada County Superior Court

David Lee White #48517
Solano FF, 1-5-133L
P.O. Box 4000
Vacaville, CA 95696

Legal Mail

CSP SOLANO
STATE PRISON

The Honorable Thelton E. Henderson
Senior Judge, U.S. Dist. Court
East North Dist. of California
Courtroom 12, 19th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Pro Se

RECEIVED
APR 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

$00.41⁰  APR 11 2008
MAILED FROM ZIPCODE 95687

Legal Mail.