*Fed question of law Habeas*

MAY 08 2008

FILED
08 MAY 12 PM 1:55

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David Lee White, Plaintiff,

vs.

O.K. Cisco, Defendant.

CASE NO. CV 08 2002 TEH (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, David Lee White, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _1998 Self Employed miner_
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.   Business, Profession or              Yes ___ No ✓
10             self employment
11       b.   Income from stocks, bonds,           Yes ___ No ✓
12             or royalties?
13       c.   Rent payments?                       Yes ___ No ✓
14       d.   Pensions, annuities, or              Yes ___ No ✓
15             life insurance payments?
16       e.   Federal or State welfare payments,   Yes ___ No ✓
17             Social Security or other govern-
18             ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.    Are you married?                          Yes ___ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____   Net $_____
28 4.    a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 2 -

1  b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5       _____N/A_____
6       _____

7  5.   Do you own or are you buying a home?     Yes ____  No ✓
8  Estimated Market Value: $_____  Amount of Mortgage: $_____
9  6.   Do you own an automobile?                Yes ____  No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.   Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No ✓ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)   Yes ____  No ✓
20 _____
21 8.   What are your monthly expenses?
22 Rent: $ _____N/A_____   Utilities: _____N/A_____
23 Food: $ _____N/A_____   Clothing: _____N/A_____
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____          $ _____          $ _____
27 ____N/A____          $ _____          $ _____
28 _____          $ _____          $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes X   No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

05-06-08                          *David Lee White*
DATE                              SIGNATURE OF APPLICANT

Case Number: C 1-08-2003 TEH

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of  David Lee White  for the last six months
[prisoner name]
Solano Ca. State Prison  where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 0.00  and the average balance in the prisoner's account each month for the most recent 6-month period was $ 0.00 .

Dated: 5/8/09

[Authorized officer of the institution]

```
REPORT ID: TS3030 .701                                              REPORT DATE: 05/08/08
                                                                    PAGE NO:            1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CALIFORNIA STATE PRISON SOLANO
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                          FOR THE PERIOD: NOV. 07, 2007 THRU MAY 08, 2008

ACCOUNT NUMBER : H42517                          BED/CELL NUMBER: S105T100000133L
ACCOUNT NAME   : WHITE, DAVID LEE                ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE   DESCRIPTION        COMMENT       CHECK NUM   DEPOSITS    WITHDRAWALS   BALANCE
11/07/2007    BEGINNING BALANCE                                                         0.00
02/12  D340  EFT DEPOSIT         JP510-2119                  30.00                     30.00
04/24  FC01  DRAW-FAC 1          2270-MKUP                                  30.00       0.00

                              TRUST ACCOUNT SUMMARY
   BEGINNING      TOTAL         TOTAL         CURRENT       HOLDS        TRANSACTIONS
   BALANCE       DEPOSITS     WITHDRAWALS     BALANCE      BALANCE       TO BE POSTED
     0.00         30.00         30.00          0.00         0.00             0.00

                                                                         CURRENT
                                                                        AVAILABLE
                                                                         BALANCE
                                                                           0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Bonora Potts_
          TRUST OFFICE